**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CURTIS KOEHLER, | : | NO. 3:23-CV-00939 |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | (CAMONI, M.J.) |
| OFFICER RIDDLE, *et al.*, | : | |
|     Defendant. | : | |

**ORDER**

For the reasons set forth in the Court's Memorandum Opinion, it is

hereby **ORDERED** that:

(1)    The Defendants' Motion for Summary Judgment (doc. 27), is **GRANTED**;

(2)    The Amended Complaint (doc. 8), is **DISMISSED** with prejudice; and

(3)    The Clerk of Court is directed to close this case.

Date: February 26, 2026             s/ *Sean A. Camoni*
                                        Sean A. Camoni
                                        United States Magistrate Judge